LAW OFFICES OF
### EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

April 1, 2010

**VIA CM/ECF**
The Hon. Judge William D. Wall
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

**Re: Nicholas v. RBS Citizens, National Association (09-cv-1697)**

Dear Magistrate Judge Wall,

      Counsel for plaintiff respectfully requests that the pre-trial conference currently scheduled for April 14, 2010 at 11:00 am in the above-referenced case be adjourned without date, as the Court has granted Preliminary Approval of the Class Settlement and Notice to the Class and has set a Final Approval hearing for July 13, 2010. Counsel for plaintiff has consulted with counsel for the defendant, and neither party opposes an adjournment.

      Please do not hesitate to have your clerk contact us should you have any questions or concerns.

      Sincerely,

s/Daniel A. Edelman
Daniel A. Edelman (PHV)

cc:    David M. Monachino (via CM/ECF)
       Abraham Kleinman (via CM/ECF)